MELINDA HAAG (CABN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
STEVEN J. SALTIEL (CSBN 202292)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California  94102
Telephone: (415) 436-6970
Facsimile:  (415) 436-6570

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.:  CR-92-0053 SBA |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| BALTAZAR MERAZ, ) | |
| ) | |
| Defendant. ) | **ORDER REMITTING FINE** |
| ) | |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $18,789.74, accrued interest in the amount of $.00, and penalties in the amount of $.00 are hereby remitted.

Dated: 4/3/12

SAUNDRA B. ARMSTRONG
United States District Court Judge